# EXHIBIT A

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation, and REIGN BEVERAGE COMPANY, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>ALPINE FALLS MARKETING LLC, a California limited liability company, AGAPE LIVING WATER, LLC, a California limited liability company, PURITAS BEVERAGES, LLC, an Illinois limited liability company, and GERRY PATTERSON, an individual,<br><br>Defendants.<br><br>AGAPE LIVING WATER, LLC, a California limited liability company,<br><br>Counterclaimant,<br><br>v.<br><br>MONSTER ENERGY COMPANY, a Delaware corporation, and REIGN BEVERAGE COMPANY, LLC, a Delaware limited liability company,<br><br>Counterdefendants. | Case No.: 8:20−cv−00602 JFW (JPRx)<br><br>**[PROPOSED] FINAL JUDGMENT AND PERMANENT INJUNCTION** |

Pursuant to a Stipulation for Entry of Judgment and Permanent Injunction filed by Plaintiffs Monster Energy Company and Reign Beverage Company, LLC (collectively "Plaintiffs") and Defendants Agape Living Water, LLC, Alpine Falls Marketing LLC, Puritas Beverages, LLC, and Gerry Patterson (collectively "Defendants"),

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1. The Court has personal jurisdiction over each of the parties to this action. The Court also has subject matter jurisdiction over this action pursuant to 15 U.S.C. §§ 1116 and 1121 and 28 U.S.C. §§ 1331, 1338, 1367(a). Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b) and (c).

2. Monster Energy Company ("Monster") is a corporation organized and existing under the laws of the State of Delaware, having a principal place of business at 1 Monster Way, Corona, California 92789.

3. Reign Beverage Company, LLC ("Reign") is a limited liability company organized and existing under the laws of the State of Delaware, having an address of 1547 N. Knowles Avenue, Los Angeles, California 90063. Reign is a wholly owned subsidiary of Monster.

4. Alpine Falls Marketing LLC ("Alpine Falls") is a limited liability company organized and existing under the laws of the State of California, having an address of P.O. Box 255, Yorba Linda, California 92885.

5. Agape Living Water, LLC ("Agape") is a limited liability company organized and existing under the laws the State of California, having a principal place of business at 8376 Thoroughbred Street, Alta Loma, California 91701.

6. Puritas Beverages, LLC ("Puritas") is a limited liability company organized and existing under the laws of the State of Illinois, having an address at 417 South Associated Road, Suite 309, Brea, California 92821.

/ / /

7. Gerry Patterson ("Patterson") is an individual having an address of 420 S Chatham Cir., Apt. N, Anaheim, CA 92806.

8. Plaintiffs produce and sell a line of energy drinks bearing the REIGN trademark, and use various REIGN-inclusive marks in connection with their REIGN beverages, including, but not limited to, REIGN, REIGN FUEL®, REIGN TOTAL BODY FUEL, REIGN INFERNO, , , and (collectively, "Plaintiffs' REIGN Marks").

9. Reign is the owner of U.S. Trademark Registration No. 6,003,554 ("the '554 Registration") for the mark REIGN FUEL® for use in connection with "energy drinks; soft drinks," which was filed on October 30, 2018, and registered on March 3, 2020.

10. Defendants make, sell, and/or distribute bottled water under the mark REIGN.

11. Defendants are not now, nor have they ever been, associated, affiliated, or connected with Plaintiffs. Plaintiffs did not authorize Defendants to use any REIGN mark.

12. On March 26, 2020, Plaintiffs filed a Complaint against Defendants for: (i) trademark infringement under 15 U.S.C. § 1114; (ii) trademark infringement and false designation of origin under 15 U.S.C. § 1125(a); (iii) California common-law unfair competition; and (iv) unfair competition arising under California Business & Professions Code § 17200 *et seq*. Plaintiffs assert that Defendants are infringing Plaintiffs' rights in Plaintiffs' REIGN Marks by marketing and selling beverages using the mark REIGN.

13. Defendants acknowledge that Plaintiffs have priority with respect to Plaintiffs' REIGN Marks over any use by Defendants of any REIGN mark.

14. Defendants acknowledge that they have no trademark rights or other rights to the REIGN mark or any other REIGN-containing mark.

15. Defendants acknowledge that Plaintiffs' REIGN Marks, including Reign's '554 Registration, are valid and enforceable.

16. Defendants acknowledge that their use of the mark REIGN in connection with marketing, offering for sale, and selling Defendants' beverages is likely to cause confusion with Plaintiffs' REIGN Marks and therefore constitutes trademark infringement, false designation of origin, and unfair competition.

**NOW, THEREFORE, IT IS FURTHER HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

A. Final judgment is entered in favor of Plaintiffs and against Defendants on Plaintiffs' claims for: (i) trademark infringement under 15 U.S.C. § 1114; (ii) trademark infringement and false designation of origin under 15 U.S.C. § 1125(a); (iii) California common-law unfair competition; and (iv) unfair competition arising under California Business & Professions Code § 17200 *et seq.*

B. Final Judgment is entered against Agape and in favor of Plaintiffs on Agape's counterclaims for: (i) trademark infringement and false designation of origin under 15 U.S.C. § 1125(a); (ii) unfair competition arising under California Business & Professions Code § 17200 *et seq.*; and (iii) declaratory relief.

C. Defendants, their agents, servants, employees, attorneys, successors, and assigns, and all other persons in active concert or participation with Defendants who receive actual notice of this injunction by personal service or otherwise, are forthwith permanently enjoined from:

    i. using the REIGN mark and any other marks that are confusingly similar to Plaintiffs' REIGN Marks in connection with the advertising, promotion, manufacture, distribution, or sale of Defendants' goods, including, but not limited to, on Defendants'

beverage products, or in any manner that is likely to create the impression that Defendants' goods originate from Plaintiffs, are endorsed by Plaintiffs, are sponsored by Plaintiffs, or are connected in any way with Plaintiffs;

    ii.    filing any applications for registration of any mark containing the mark REIGN or any mark that is confusingly similar to Plaintiffs' REIGN Marks;

    iii.    otherwise infringing any of Plaintiffs' REIGN Marks, or any of Plaintiffs' other trademarks that include the term REIGN;

    iv.    falsely designating the origin of Defendants' products as originating from Plaintiffs;

    v.    unfairly competing with Plaintiffs in any manner whatsoever; and

    vi.    causing a likelihood of confusion or injury to Plaintiffs' business reputation;

D.    The parties shall be subject to the jurisdiction of this Court in connection with any dispute relating to enforcing the terms of this Final Judgment and Permanent Injunction.

E.    Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:_____

                              Hon. John F. Walter
                              United States District Judge

33878289